UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY | C. A. NO.:2:14-cv-00441-SM-JCW |
| VERSUS | JUDGE: SUSIE MORGAN |
| A-PORT, LLC, DUSTIN GUIDRY, AND CLINT EDWARDS GIVENS | MAGISTRATE: JOSEPH C. WILKERSON, JR. |

### MOTION TO DISMISS AND/OR STAY COMPLAINT FOR DECLARATORYJUDGMENT

NOW INTO COURT, through undersigned counsel, come defendants, **A-PORT, LLC., DUSTIN GUIDRY AND CLINT EDWARDS GIVENS,** who move this Honorable Court to dismiss and/or stay the Complaint for Declaratory Judgment filed by United States Fire Insurance Company for the reasons set forth in the accompanying memorandum.

WHEREFORE, defendants, **A-PORT, LLC., DUSTIN GUIDRY AND CLINT EDWARDS GIVENS** respectfully pray that this Honorable Court grant this motion and issue an order dismissing and/or staying United States Fire Insurance Company's Complaint for Declaratory Judgment.

Respectfully submitted,

RABALAIS & HEBERT, LLC

 s/Steven B. Rabalais
**STEVEN B. RABALAIS (#17100)**
**MELVIN A. EIDEN (#19557)**
701 Robley Drive, Suite 210
Lafayette, LA  70503
Telephone:  (337) 981-0309
Fax:  (337) 981-0905

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel via:

    __X__ U.S. Mail (First Class)      ____ Hand Delivery
                                                        ____ Facsimile
    ____ Overnight Delivery          __X__ E-Mail

Lafayette, Louisiana on this _____ day of _____, 2014.

                                 _____s/Steven B. Rabalais_____
                                         **STEVEN B. RABALAIS**