UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY | C. A. NO.:2:14-cv-00441-SM-JCW |
| VERSUS | JUDGE: SUSIE MORGAN |
| A-PORT, LLC, DUSTIN GUIDRY, AND CLINT EDWARDS GIVENS | MAGISTRATE: JOSEPH C. WILKERSON, JR. |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel, on behalf of A-Port, LLC, Dustin Guidry and Clint Edwards Givens, have filed a Motion to Dismiss and/or Stay. Unless otherwise ordered by the court, pursuant to Local Rule 7.2, Defendants' Motion to Dismiss and/or Stay will be submitted to the Honorable Susie Morgan, United States District Judge, East District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on August 27, 2014 at 10:00 a.m.

Respectfully submitted,

**RABALAIS & HEBERT, LLC**

    s/Steven B. Rabalais
**STEVEN B. RABALAIS (#17100)**
**MELVIN A. EIDEN (#19557)**
701 Robley Drive, Suite 210
Lafayette, LA 70503
Telephone: (337) 981-0309
Fax: (337) 981-0905

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel via:

    __X__ U.S. Mail (First Class)    ____ Hand Delivery
                                                     ____ Facsimile
    ____ Overnight Delivery         __X__ E-Mail

Lafayette, Louisiana on this ____ day of _____, 2014.

                            _____s/Steven B. Rabalais_____
                                     **STEVEN B. RABALAIS**