# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY** | **C. A. NO.:2:14-cv-00441-SM-JCW** |
| **VERSUS** | **JUDGE: SUSIE MORGAN** |
| **A-PORT, LLC, DUSTIN GUIDRY, AND CLINT EDWARDS GIVENS** | **MAGISTRATE: JOSEPH C. WILKERSON, JR.** |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND/OR STAY COMPLAINT FOR DECLARATORY JUDGMENT

**MAY IT PLEASE THE COURT:**

A-Port, LLC., Dustin Guidry and Clint Edward Givens bring to this Court's attention the fact that on August 12, 2014, the state court Judge granted a Motion for Summary Judgment filed by A-Port, LLC., Dustin Guidry and Clint Edwards Givens, dismissing with prejudice the claims of Willie F. Walton against them. The Judgment of the state court is attached hereto as Exhibit "A". The Judgment of the state court should render moot United States Fire's Declaratory Judgment action and at the very least, the Judgment provides a compelling reason for this Court to stay these proceedings.

In the original Memorandum In Support of Motion to Dismiss and/or Stay Complaint for Declaratory Judgment, A-Port, Guidry and Givens anticipated that they would be filing pleadings in the state court action to make United States Fire Insurance Company a third party defendant in that suit. Movers had delayed filing that third party demand as they had filed a Motion for Summary Judgment seeking their dismissal in the state court suit. A favorable ruling on their motion in the state court suit would have

made moot its filing a third party demand against United States Fire in the state court proceeding.

It bears noting that (1) United States Fire Insurance Company has been actively providing a defense to A-Port in the state court suit, (2) it is fully aware of the state court proceedings, including the favorable ruling on A-Port's Motion for Summary Judgment and (3) United States Fire could have intervened in the state court suit to have its coverage issues determined in that forum. By choosing to file its action in this forum, when another, more practicable, forum was available to it, United States Fire Insurance Company has flagrantly engaged in impermissible forum shopping. Movers have requested that United State Fire agree to a temporary stay of these proceedings in light of the state court ruling. United States Fire has declined that request.

## **CONCLUSION**

In light of the state court Judgment dismissing the state court plaintiff's claims against movers, there is no sound basis for this Court not to dismiss or stay these proceedings. The whole basis for United State Fire's Declaratory Action- seeking a determination whether it has a duty to defend and indemnity A-Port, Guidry and Givens in the underlying state court suit- has been rendered moot based on A-Port's, Givens' and Guidry's success in having plaintiff's claims against them dismissed.

Respectfully submitted,

**RABALAIS & HEBERT, LLC**

_____
**STEVEN B. RABALAIS (#17100)**
**MELVIN A. EIDEN (#19557)**
701 Robley Drive, Suite 210
Lafayette, LA 70503
Telephone: (337) 981-0309
Fax: (337) 981-0905

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all counsel via:

__X__ U.S. Mail (First Class)  ____ Hand Delivery
                               ____ Facsimile
____ Overnight Delivery         __X__ E-Mail

Lafayette, Louisiana on this __1st__ day of __August__, 2014.

_____
**STEVEN B. RABALAIS**
**MELVIN A. EIDEN**

| | | |
|---|---|---|
| WILLIE F. WALTON, ET AL | : | NUMBER 2013-003330, DIVISION "C" |
| | : | 21ST JUDICIAL DISTRICT COURT |
| VERSUS | : | PARISH OF TANGIPAHOA |
| DUSTIN GUIDRY, ET ALS | : | STATE OF LOUISIANA |
| FILED: August 12, 2014 | : | DY. CLERK: _Michelle Craw_ |

## JUDGMENT

This matter is before the Court on motion for summary judgment filed by Defendants, A-Port, LLC, Dustin Guidry, and Clint Evans. At the hearing, the parties presented oral argument, written memoranda, and various exhibits. At the conclusion of the hearing, the Court took the matter under advisement..

Considering the entire record in this proceeding, the evidence adduced, the arguments and memoranda of counsel, and for written reasons this day assigned:

**IT IS ORDERED, ADJUDGED AND DECREED,** that the motion for summary judgment is hereby granted, and that Plaintiff's claims in tort against Defendants, A-Port, LLC, Dustin Guidry and Clint Evans are hereby dismissed, with prejudice, the Court finding that these claims are governed by the exclusive remedy of worker's compensation.

**JUDGMENT READ, RENDERED AND SIGNED,** at Amite, Louisiana, this 12th day of August, 2014.

_____
Robert H. Morrison, III
Judge Division "C"

Please send copies and notice to:

J. Quentin Simon
S. Brian Perry

-3-