**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES FIRE § <br> INSURANCE COMPANY § <br> § <br> *Plaintiff*, § <br> § <br> VERSUS § <br> § <br> A-PORT, LLC, § <br> DUSTIN GUIDRY, AND § <br> CLINT EDWARD GIVENS § <br> § <br> *Defendants*. § | C.A. NO.: 2:14-cv-00441-SM-JCW <br><br> JUDGE: SUSIE MORGAN <br><br> MAGISTRATE: <br> JOSEPH C. WILKERSON, JR. |

## SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS AND/OR STAY COMPLAINT FOR DECLARATORY JUDGMENT

MAY IT PLEASE THE COURT:

Plaintiff, U.S. Fire Insurance Company, filed its response to defendants' Motion to Dismiss and/or Stay Complaint for Declaratory Judgment. Doc. 8.

Plaintiff timely and properly seeks a declaration of no coverage under the policy issued to defendant A-Port, LLC. The determination of coverage is important prior to the resolution of the underlying claim of Willie F. Walton in the Louisiana 21st Judicial District Court so that, in considering possible settlement and/or trial, the parties will know whether the defendants are insured.

On August 18, 2014, defendants filed a motion for leave to file a supplemental memorandum attaching a copy of the August 19, 2014, judgment of dismissal in the underlying case in the 21st Judicial District Court. Defendants argued that the dismissal was further support for its motion to dismiss and/or stay.

U.S. Fire Insurance Company, plaintiff herein, now attaches a copy of the Motion and Order for Devolutive Appeal signed by Judge Robert H. Morrison, III of the 21st Judicial District Court on September 29, 2014. (Exhibit A) The order shows that the underlying case is ongoing. Accordingly, the determination of coverage for which U.S. Fire Insurance Company filed this complaint for declaratory judgment still is necessary and ripe for decision.

This Court should deny the motion to dismiss and/or stay so that the determination of coverage may proceed.

Respectfully submitted,

By: */s/ Edward F. LeBreton, III*
Edward F. LeBreton, III
Louisiana Bar No. 8215
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
(504) 523-2600 - Telephone
 (504) 523-2705 – Facsimile
Email:  lebreton@frfirm.com

**ATTORNEYS FOR UNITED STATES FIRE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October, 2014, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Edward F. LeBreton, III*