FILED September 26, 2014

7

| WILLIE F. WALTON | * 21ST JUDICIAL DISTRICT COURT |
| --- | --- |
| VERSUS | * PARISH OF TANGIPAHOA, LOUISIANA |
| DUSTON GUIDRY, et al | * DOCKET NO.: 2013-3330 "C" |

## MOTION FOR DEVOLUTIVE APPEAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, Willie F. Walton, who moves for a devolutive appeal and respectfully represents the following, to-wit:

1.

On August 12, 2014, the trial court entered judgment in favor of the defendants, granting their Motion for Summary Judgment. The spelling of defendants' names in the judgment, but not its substance, was amended by the trial court on September 8, 2014.

2.

Plaintiff desires to take a devolutive appeal from the August 12, 2014 Judgment, as amended by the Judgment of September 8, 2014, pursuant to LSA-C.C.P. Article 2083.

3.

Plaintiff's Motion for Devolutive Appeal is timely pursuant to LSA-C.C.P. Article 2087.

WHEREFORE, Plaintiff, Willie F. Walton, prays that this Court grant a devolutive appeal from the Judgment rendered on August 12, 2014, as amended on September 8, 2014, and that this Court fix a return date of the appeal in accordance with the applicable delays fixed by law and order the clerk of this Court to give notice of the order of appeal to the clerk of the Court of Appeal and to all parties or their counsel of record.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Motion for Devolutive Appeal has been supplied to all counsel of record by placing a copy in the United States Mail, postage prepaid and properly addressed and/or by facsimile transmission.

Lafayette, Louisiana, this 23rd day of September, 2014.

/s/ Quentin Simon

Respectfully submitted,

J. MINOS SIMON, LTD.

By: _____
J. Quentin Simon (25502)
1408 West Pinhook Road - Suite A
Post Office Box 52851
Lafayette, Louisiana 70505
Telephone: (337)235-3200
Facsimile: (337)235-3600

Exhibit A

Case Number: 2013-0003330 Transaction Date: 9/26/2014 Seq: 9 Page Sequence: 1 SCANNED

| | |
|---|---|
| WILLIE F. WALTON | * 21ST JUDICIAL DISTRICT COURT |
| VERSUS | * PARISH OF TANGIPAHOA, LOUISIANA |
| DUSTON GUIDRY, et al | * DOCKET NO.: 2013-3330 "C" |

*************************************************************

## ORDER

Considering the above and foregoing Motion for Devolutive Appeal:

IT IS HEREBY ORDERED that a devolutive appeal be granted to plaintiff, Willie F. Walton, from the Judgment rendered on August 12, 2014, as amended on September 8, 2014, and that this Court fix a return date of ~~the appeal in accordance with the applicable delays~~ *45 days from payment of estimated cost of appeal* fixed by law and order the clerk of this Court to give notice of the order of appeal to the clerk of the Court of Appeal and to all parties or their counsel of record.

THUS DONE AND SIGNED this 29 day of September, 2014.

_____
JUDGE ROBERT H. MORRISON, III
DIVISION "C" 21ST Judicial District Court

# J. MINOS SIMON, LTD.
1408 West Pinhook Road – Suite A
Post Office Box 52851
Lafayette, Louisiana 70505


ON COTT
Willie

J. MINOS SIMON
(1922 - 2004)

J. QUENTIN SIMON

Telephone: (337)235-3200
Facsimile: (337)235-3600

September 23, 2014

C

*Via U.S. Mail*
Honorable Julian E. Dufreche
Tangipahoa Parish Clerk of Court
P O Box 667
Amite LA 70422

Re: Willie F. Walton v. Dustin Guidry, Clint Edward Givens, and A-Port, LLC
21ST Judicial District Court – Parish of Tangipahoa
Docket No.: 2013-3330 "C"

Dear Mr. Dufreche:

Please find enclosed the original and one (1) copy of the Motion for Devolutive Appeal in the above referenced matter. Please forward to Judge Morrison for his signature and thereafter file into the record of the above referenced matter and return a conformed copy to this office.

Also, please find enclosed a check to cover the costs for filing.

With kind regards, I remain

Sincerely,

J. MINOS SIMON, LTD.

By: _____
J. Quentin Simon

JQS/mm

Enclosure

cc: Mr. Brian Perry (via U.S. Mail)
Mr. Kevin P. Merchant (via U.S. Mail)
Mr. Wilton E. Bland IV (via U.S. Mail)